P.02

MAY-29-2008 18:04  D&T

☞ **ORIGINAL**

Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :   NOTICE OF INTENT TO FILE
                                   INFORMATION
        - v. -                 :
                                   08 CRIM 516
SHINIKWAH BURKE,               :   08 Cr. ____

            Defendant.         :   Judge Pauley

- - - - - - - - - - - - - - - - - x

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May 30, 2008

                                    MICHAEL J. GARCIA
                                    United States Attorney

                            By:     _____
                                    FARVIN MOYNE
                                    Assistant United States Attorney

                                    AGREED AND CONSENTED TO:

                            By:     _____
                                    Attorney for SHINIKWAH BURKE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FI  6/2/08

6/2/08  WHEEL A