UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CRIM 516**

------------------------------------X

UNITED STATES OF AMERICA          :

      -v.-                        :        08 Cr.

SHINIKWAH BURKE,                  :

      Defendant.              :

------------------------------------X

    The above-named defendant, who is accused of violating Title

18, United States Code, Section 1951, being advised of the nature

of the charge and of his rights, hereby waives, in open Court,

prosecution by indictment and consents that the proceeding may be

by information instead of by indictment.

_____
Defendant

_____ 06/09/08
Witness

_____
Counsel for Defendant

Date:    New York, New York
         June __, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____